FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

NOV 27 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EQUAL EMPLOYMENT OPPORTUNITY §
COMMISSION, §
 §
Applicant, §
 §   SA02CA1033 OG
AMERICAN AIRLINES, INC., §
 §
Respondent. §
 §

## ORDER TO SHOW CAUSE ON APPLICATION
## TO ENFORCE ADMINISTRATIVE SUBPOENA

Applicant, the United States Equal Employment Opportunity Commission ("the Commission") applies for enforcement of an administrative subpoena requesting the production of evidence and documents by Respondent, American Airlines, Inc. The Commission issued the administrative subpoena on April 19, 2002, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-9. The subpoena is based on charge no. 360-A2-0118, which Hadi Aboufariss brought against American Airlines, Inc. The Commission has duly served said subpoena upon American Airlines, Inc., and good cause appearing therefor;

IT IS HEREBY ORDERED that American Airlines, Inc. appear before the Honorable Orlando L. Garcia Court, on the 11th day of December, 2002, at 9: o'clock A .m., and show cause why an Order of this Court should not issue directing American Airlines, Inc. to fully comply with the Commission's subpoena by a date certain to be set by this Court.

IT IS FURTHER ORDERED that service of a copy of this Order, and of the papers upon which it is granted, be served on American Airlines, Inc., via certified mail, return receipt requested, on or before the 4 day of December, 2002, and that this shall be sufficient service of

7

this Order.

SIGNED AND ENTERED this \_\_25\_\_ day of \_\_November\_\_, 2002.

_____
UNITED STATES DISTRICT JUDGE